UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MONICA PRISCILA SANCHEZ BUENO,

                              Plaintiff(s),

      -against-

BALLET SLIPPERS, INC., and FRANCESCO PIGNATARO,

                              Defendant(s).
-------------------------------------------------------------------------X

**Case No.: 1:21-cv-01765-JMF**

**STIPULATION EXTENDING TIME TO ANSWER**

      **IT IS HEREBY STIPULATED AND AGREED** that the Defendants', BALLET SLIPPERS, INC., and FRANCESCO PIGNATARO, time to appear and to answer, amend or supplement the answer, or to make any motion with relation to the Summons or to the Complaint in this action is hereby extended to and including the 14th day of May, 2021.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that said Defendants, also waive any objections to service of the Summons and Complaint. A facsimile copy of this Stipulation shall be deemed an Original by the Court.

| | |
|---|---|
| Dated: Massapequa, New York<br>April 15, 2021 | Dated: Brooklyn, New York<br>April 15, 2021 |
| _____/s/*Justin Reilly*_____<br>By: Justin M. Reilly, Esq.<br>Attorneys for Plaintiff(s)<br>Neil H. Greenberg & Associates, P.C.<br>4242 Merrick Road<br>Massapequa, NY 11758<br>Tel: (516)-228-5100<br>Fax: (516)-228-5106<br>Email: justin@nhglaw.com | _____/s/*Daniel Miller*_____<br>By: Daniel R. Miller, Esq.<br>Attorney for Defendant(s)<br>503 Fourth Avenue<br>Brooklyn, NY 11215<br>Tel: (718) 369-2026<br>Fax: (718) 369-2029<br>Email: danielRmillerlaw@gmail.com |

**SO ORDERED:**

_____
Jesse M. Furman, U.S.D.J.
Dated: April ____, 2021
New York, New York