UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MONICA PRISCILA SANCHEZ BUENO, :
:
Plaintiff, :
: 21-CV-1765 (JMF)
-v- :
: ORDER
:
BALLET SLIPPERS, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On May 21, 2021, the Court noted that the time for Defendants to answer or otherwise respond to the Complaint had expired and scheduled default judgment proceedings. ECF No. 15. On May 24, 2021, Defendants filed an answer to the Complaint. ECF No. 16. Accordingly, and as stated in the Court's prior order at ECF No. 15, the parties should treat the conference scheduled for June 16, 2021, as the initial pretrial conference and follow all procedures in advance of the conference as laid out at ECF No. 5.

    The Court further notes that Defendants have failed to timely comply with deadlines twice now. *See* ECF Nos. 9 & 15 (both scheduling default judgment proceedings). Defendants are reminded that they must comply with all deadlines, and failure to strictly comply going forward may result in sanctions.

    The Court hereby VACATES its previous Order at ECF No. 15, though the Clerk of Court need not remove the Order from the docket.

    SO ORDERED.

Dated: May 25, 2021                 _____
      New York, New York            JESSE M. FURMAN
                                           United States District Judge