AO 154 (10/03) Substitution of Attorney

## UNITED STATES DISTRICT COURT

| Southern | **District of** | New York |
|---|---|---|

MONICA PRISCILLA SANCHEZ BUENO

Plaintiff (s),

V.

BALLET SLIPPERS, INC. and
FRANCESCO PIGNATARO        Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  21-CV-01765 (JMF)

Notice is hereby given that, subject to approval by the court,  BALLET SLIPPERS, INC. & FRANCESCO PIGNATARO  substitutes
(Party (s) Name)

Younghoon Ji, Esq.                          , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of    DANIEL R. MILLER, ESQ.                                                                      .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Younghoon Ji   of AHNE & JI, LLP

Address:         45 East 34th Street, 5th Floor, New York, NY 10016

Telephone:       (212) 594-1035                    Facsimile  (212) 967-1112

E-Mail (Optional):   youngjiesq@gmail.com

I consent to the above substitution.

Date:       09/09/21

(Signature of Party (s))

I consent to being substituted.

Date:       09/09/2021

/s/Daniel R. Miller, Esq./

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:       9/9/21

(Signature of New Attorney)
Younghoon Ji

The substitution of attorney is hereby approved and so ORDERED.

Date:       _____          _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]