UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MONICA PRISCILA SANCHEZ BUENO,           21-cv-01765 (GWG)

                Plaintiff,           **MOTION FOR SETTLEMENT APPROVAL OF A FAIR LABOR STANDARDS ACT CASE**

-against-

BALLET SLIPPERS, INC. and
FRANCESCO PIGNATARO,

                Defendants.
---------------------------------------------------------X

      Plaintiff, MONICA PRISCILA SANCHEZ BUENO, by and through her counsel of record, moves this Honorable Court for an Order:

1. Approving the settlement of this action; and

2. Dismissing this action with prejudice.

      This motion is based on the accompanying Memorandum in Support, the Settlement Agreement, Plaintiff's Estimated Calculation of Damages, and the Declaration of Keith E. Williams, Esq.

Dated: Massapequa, New York
         February 11, 2022

                                      Respectfully submitted,

                                      Neil H. Greenberg & Associates, P.C.

                                      _____
                                      By: Keith E. Williams, Esq.
                                      *Attorneys for the Plaintiff*
                                      4242 Merrick Road
                                      Massapequa, New York 11758
                                      Tel: 516.228.5100
                                      keith@nhglaw.com